| | | | |
|---|---|---|---|
| Case No. | **CV 18-5400-DMG (MRWx)** | Date | October 25, 2019 |

Title *B and O Logistics, Inc. v. Michael J. Cho, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

      In light of the parties' Voluntary Dismissal filed on October 25, 2019 [Doc. # 35], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own respective attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.